UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HUMPHRIES,<br>CDCR #C-56160,<br><br>                              Plaintiff,<br><br>v.<br><br>GAVIN NEWSOME, AKINWUML,<br>M.D., L. SAIDRO, M.D., M. GLYNN, S.<br>ROBERTS, M.D., A. SAZON,<br><br>                              Defendants. | Case No.: 20cv659-JAH<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 5, 2020, this Court issued an Order granting Plaintiff Joseph Humphries's ("Plaintiff") motion to proceed in forma pauperis, Doc. No. 2, and dismissing Plaintiff's Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b).  *See* Doc. No. 7.  The Court granted Plaintiff 45 days leave from the date of the Order to file an Amended Complaint which cures the deficiencies of pleading noted in the Order.  *Id*.  Plaintiff was warned that if he failed to file an Amended Complaint within 45 days, the Court would issue a final Order dismissing this civil action.  *Id*.

///

///

///

To date, Plaintiff has not filed an Amended Complaint.  Accordingly, IT IS HEREBY ORDERED that this action be DISMISSED without prejudice based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), and his failure to prosecute in compliance with a court order requiring amendment.  *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").

**IT IS SO ORDERED.**

DATED:    March 15, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE